**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (If known): _____  Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pogo Energy, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names, and *doing business as* names | Plug Energy, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 1 – 4 9 9 6 9 2 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5960 Berkshire Lane <br> Number    Street | _____ <br> Number    Street |
| 6th Floor | PO Box 142646 <br> P.O. Box |
| Dallas            TX      75225 <br> City              State    ZIP Code | Irving            TX      75014 <br> City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dallas <br> County | _____ <br> Number    Street |
| | _____ |
| | _____ <br> City              State    ZIP Code |

5. **Debtor's website** (URL)    www.pogoenergy.com

Debtor  **Pogo Energy, LLC**  
　　　　Name

Case number (*if known*) _____

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
| --- | --- | --- |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2 2 1 1**

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| --- | --- | --- |

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Debtor __Pogo Energy, LLC_____ Case number (if known)_____
      Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                            MM / DD / YYYY
    District _____ When _____ Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
    District _____ When _____
                            MM / DD / YYYY
    Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____
_____ _____ _____
City                      State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

## Statistical and administrative information

Debtor  Pogo Energy, LLC    Case number (if known) _____
          Name

---

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/1/2021
             MM / DD / YYYY

X _____    Phillip Terry
Signature of authorized representative of debtor   Printed name

Title  CEO and Managing Member

Debtor  Pogo Energy, LLC                                          Case number (if known)
        Name

**18. Signature of attorney**      ✘ /s/Rachael L. Smiley              Date    7/1/2021
                                   Signature of attorney for debtor            MM / DD / YYYY

Rachael L. Smiley
Printed name

Ferguson Braswell Fraser Kubasta PC
Firm name

2500 Dallas Parkway, Suite 600
Number        Street

Plano                                                 TX         75093
City                                                  State      ZIP Code

972-378-9111                                          rsmiley@fbfk.law
Contact phone                                         Email address

24066158                                              TX
Bar number                                            State

# POGO ENERGY LLC RESOLUTION
## AUTHORIZING PETITION FOR BANKRUPTCY PROTECTION
## AND LIQUIDATION OF ASSETS

I, Philip R. Terry, Managing Member of the Board of Directors of Pogo Energy LLC, organized and existing under the laws of the State of Texas and having its principal place of business at 5960 Berkshire Lane, 6th Floor, Dallas, Texas 75225, hereby certify that the following is a true copy of a resolution adopted by the Board of Directors of the LLC at a meeting convened and held on June 14, 2021 at which a quorum was present and voting throughout and that such resolution is now in full force and effect and is in accordance with the provisions of the Operating Agreement of the Corporation.

>   RESOLVED: That Limited Liability Company approves the decision to seek bankruptcy protection;
>
>   RESOLVED: That Philip R. Terry, the Managing Member of the Board of Directors of the Limited Liability Company is hereby authorized to sign on behalf of the Limited Liability Company any contracts or forms for necessary to seek bankruptcy protection;
>
>   RESOLVED: That the Managing Member of the Board of Directors is appointed Liquidator under the Pogo Energy LLC Operating Agreement; and
>
>   RESOLVED FURTHER: That the Managing Member of the Board of Directors is hereby authorized and directed to certify to any interested party that this resolution has been duly adopted, is in full force and effect, and is in accordance with the provisions of the Pogo Energy LLC Operating Agreement.

I further certify that this Corporation is duly organized and existing, and has the power to take the action called for by the foregoing resolution.

_____    _____
Managing Member of the Board of Directors                        Date

Fill in this information to identify the case and this filing:

Debtor Name: __Pogo Energy, LLC__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/1/2021__
MM / DD / YYYY

X __[signature]__
Signature of individual signing on behalf of debtor

Phillip Terry
Printed name

CEO and Managing Member of the Board
Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __Pogo Energy, LLC__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Luminant Energy<br>6555 Sierra Drive<br>Irving, TX 75039 | | QSE Services | Disputed | $27,323,155.24 | unknown | unknown |
| 2 | Tridius Technologies LLC<br>6101 Long Prairie Road,<br>Suite 744-230<br>Flower Mound, TX 75028 | | Trade Debt | | | | $44,133.91 |
| 3 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | | Trade Debt | | | | $18,539.30 |
| 4 | Yum Yum Video SRL<br>Mendoza 2654<br>Buenos Aires CP 1428 | | Trade Debt | | | | $4,500.00 |
| 5 | EnergyCare, LLC<br>9701 International Ct N., Ste A<br>St. Petersburg, FL 33716 | | | | | | $10,181.25 |
| 6 | Oakville Energy, LLC<br>1718 Elmen Street<br>Houston, TX 77019 | | | | | | $1,650.00 |
| 7 | Znalytics<br>4550 North Point Parkway,<br>Suite 180<br>Alpharetta, GA 30022 | | Trade Debt | | | | $15,476.64 |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1