Rachael L. Smiley (State Bar. No. 24066158)
Alex Campbell (State Bar No. 24095536)
**FERGUSON BRASWELL FRASER KUBASTA PC**
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Phone: 972-378-9111
Fax:    972-378-9115
rsmiley@fbfk.law
acampbell@fbfk.law

**PROPOSED COUNSEL FOR DEBTOR IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| POGO ENERGY, LLC, | § § § § § | Case No. 21-31224-MVL |
| Debtor. | § § | |

**NOTICE OF EMERGENCY HEARING ON CERTAIN "FIRST-DAY" MATTERS**

PLEASE TAKE NOTICE that an emergency hearing will be held on the following motions (the "**First-Day Motions**") on **Tuesday, July 6, 2021 at 9:30 a.m. C.T**. before the Honorable Michelle V. Larson at the United States Bankruptcy Court for the Northern District of Texas via WebEx and/or telephonic participation at https://us-courts.webex.com/meet/larson on the following motions:

- Debtor's Emergency Motion for an Interim and Final Order (i) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; and (ii) Determining Adequate Assurance of Payment for Future Services [Docket No. 5]

- Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue Pre-Petition Insurance Program; and (II) Pay Any Pre-Petition Premiums and Related Obligations [Docket No.6];

- Debtor's Emergency Motion for an Interim and Final Order Authorizing the Debtor to (I) Honor Customer Prepayments and Refunds of Electricity Services, (II) Receive, Process, and Honor E-Commerce Transactions, and (III) Pay Certain Fees Associated with E-Commerce Transactions [Docket No. 7];

- Debtor's Emergency Motion for an Interim and Final Order Authorizing Continued Use of Existing (a) Cash Management System, (b) Accounts, and (c) Related Practices [Docket No. 8]; and

- Debtor's Emergency Motion for Interim and Final Use of Cash Collateral [Docket No. 9].

A copy of Judge Larson's WebEx Hearing Instructions is attached to this Notice. Please take further notice that no in-person attendance will be permitted at the hearing unless the Court orders otherwise.

Respectfully submitted: July 2, 2021

**FERGUSON BRASWELL FRASER KUBASTA PC**

By: /s/ *Rachael L. Smiley*
Rachael L. Smiley (State Bar. No.24066158)
Alex Campbell (State Bar No. 24095536)
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Phone: 972-378-9111
Fax:    972-378-9115
rsmiley@fbfk.law
acampbell@fbfk.law

**PROPOSED COUNSEL FOR DEBTOR IN POSSESSION**

## Certificate of Service

      I certify that on July 2, 2021, a copy of the foregoing document was served electronically on the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas and, by email and/or US Mail on the attached service list, and via email upon the parties listed below:

Prosperity Bank
5949 Sherry Lane, Suite 600
Dallas, Texas 75225
Ana.mccollum@prosperitybankusa.com
Michael.murray@prosperitybankusa.com

Luminant Energy Company, LLC

Eric T. Haitz
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: 346.718.6648
EHaitz@gibsondunn.com

Luminant Energy Company, LLC

Michael A. Rosenthal
Michael L. Raiff
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel: 214.698.3100
Email: MRosenthal@gibsondunn.com
MRaiff@gibsondunn.com

Luminant Energy Company, LLC

Matthew G. Bouslog
Gibson, Dunn & Crutcher LLP
3161 Michelson Dr.
Irvine, CA 92612-4412
Telephone: 949-451-4030
Email: MBouslog@gibsondunn.com

                                            */s/ Rachael L. Smiley*
                                               Rachael L. Smiley

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to General Order 2021-06 issued by the Court on June 14, 2021, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 160 135 6015

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-

courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations).  Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.