TriNet
One Park Place, Suite 600
Dublin, CA 94568

AEP Texas Central
P.O. Box 371496
Pittsburgh, PA 15250-7496

AEP Texas North Company
P.O, Box 371496
Pittsburgh, PA 15250-7496

Axis Surplus Insurance Co.
111 S Wacker Dr.
Chicago, IL 60606

Evanston Insurance Co.
10275 W Higgins Rd., Ste.750
Rosemont, IL 60018

Twin City Fire Insurance Co.
1 Hartford Plaza
Hartford, Ct. 06155

Jack & Amy MacDonald
15003 E US Highway 290 #416
Stonewall, TX 78671

Bank of New York
240 Greenwich Street
New York, New York 10286

THOMAS LARKIN
12250 CORTE SABIO #2201
SAN DIEGO, CA 92128

Prosperity Bank
5949 Sherry Lane, Suite 600
Dallas, TX 75225

Isaac & Eden Douthwaite
1200 Park Central Drive, Suite 1400
Dallas, TX 75251

Isabelle Caitlin Terry GS Exempt Trust
3705 Greenbrier Dr.
Dallas, TX 75225

Lloyds of London
c/o Lloyd's America, Inc.
280 Park Avenue, East Tower
25th Floor
New York, NY 10017

Capitol Corporate Services, Inc
P.O. Box 1831
Austin, TX 78767

Centerpoint Energy Houston
P.O. Box 1700
Houston, TX 77251-1700

Charhon Callahan Robins &
Garza, PLLC
3333 Lee Parkway, Suite 460
Dallas, TX 75219

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-254

Texas Comptroller of Public Accounts
Revenue Acct'ing Div.- Bankr. Sect.
P.O. Box 13528
Austin, TX 78711

PYRO Brand Development LLC
2801 N. Central Expressway, Suite 100
Dallas, TX 75204-3663

Cognitive Energy LLC
75 Glen Road, Suite #200
Newtown, CT 06482

Savannah Sue Terry GS Exempt Trust
3705 Greenbrier Dr.
Dallas, TX 75225

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699

Customer Dynamics
7135 S Highland Drive, Suite 100
Salt Lake City, UT 84121

Dallas County Utility and
Reclamation District
P.O. Box 140035
Irving, TX 75014

Dana Gray
729 Bear Run Drive
Grapevine, TX 76051

Internal Revenue Service
Special Procedures- Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

David Dollihite
2314 N River Hills Rd
Austin, TX 78733

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

Thrive Internet Marketing Agency
4600 Park Springs Blvd, Suite 100
Arlington, TX 76017

TNMP
577 N. Garden Ridge Blvd.
Lewisville, Texas 75067

Rachel Terry
3705 Greenbrier Drive
Dallas, TX 75225

Tracy Gruman
1607 Haydenbend Circle
Grapevine, TX 76051

Turnkey Technologies, Inc.
14 Research Park Dr.
St. Charles, MO 63304

Doug Glen
1357 Tano Ridge Rd
Santa Fe, NM 87506

Fidelity XPressPay
1301 Main Street
Sulphur Springs, TX 75483

LeeAnn Hickey
5829 Nathaniel Dr
Fort Worth, TX 76179

SWFtax, LLC
10613 North Hayden Road, Suite J101
Scottsdale, AZ 85260

Garreth Sarosi
4521 Ashford Dr
Dallas, TX 75214

Irving Independent School District
2621 West Airport Freeway
P.O. Box 152021
Irving, TX 75015-2021

Electric Reliability Council of Texas (ERCOT)
7620 Metro Center Drive
Austin, TX 78744

Regulatory Compliance Services
P.O. Box 15103
Austin, TX 78761-5103

Nice InContact
75 West Towne Ridge Parkway
Sandy, UT 84047

Elita Petty
1741 County Road 4131
Cumby, TX 75344

Heather Rodriguez
2001 S. High Street
Brady, TX 76825

NovaTech
P.O. BOX 740865
Atlanta, GA 30374-0865

Elizabeth Melendez
20659 Stone Oak Parkway, Apt 1508
San Antonio, TX 78258

Herb Roberts
3512 Wentwood Dr.
Dallas, TX 75225

John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313-9066

EnergyCare, LLC
9701 International Ct N., Ste A
St. Petersburg, FL 33716

Holly Chaffin
102 Blue Gill Drive
Pipe Creek, TX 78063

Oakville Energy, LLC
1718 Elmen Street
Houston, TX 77019

Texas Electricity Ratings
1502 Sawyer Street, Suite 130
Houston, TX 77007

Robin Loewen
2525 Outlaw Ct.
Midland, TX 79705

Oncor Electric
1616 Woodall Rodgers, Suite 5A-022
Dallas, Texas 75202

Eric Milhizer
569 Round Hollow Lane
Southlake, TX 76092

The Bank of New York
101 Barclay St., 7th Floor
New York, NY 10286

Loyalty Solutions
2 Trap Falls Road, Suite 350
Shelton, CT 06484

nFLXn Point Group, LLC
6010 W Spring Creek Pkwy
Plano, TX 75024

Turner Stone
12700 Park Central Drive, Suite 1400
Dallas, TX 75251

Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896

Luminant Energy
6555 Sierra Drive, Ste 3S-20F
Irving, TX 75039

WeWork
115 W. 18th St.
New York, NY 10011

Tracey Terry 1998 Irrevocable Trust -
3705 GREENBRIER DR.
DALLAS, TX 75225

Mary Calderon
10216 Matador Dr.
Mckinney, TX 75072

Philip Parsons
6420 LAVENDALE AVE,
DALLAS, TX 75230

Corey Lindquist
670 Chisholm Court
Post Falls, ID 83854

New Life CFO Services LLC
17766 Preston Rd.
Dallas, TX 75252

Michael Johnson
2700 MAN O WAR BLVD #204
LEXINGTON, KY 40515

Cooper-Harris Trust
Attn: Arlene Harris
100 VIA DE LA VILLE #200
DEL MAR, CA 92014

Phil Terry
3705 Greenbrier Drive
Dallas, TX 75225

Doug Glen
1357 TANO RIDGE ROAD
SANTE FE, NM 87506

Jad Daye
2286 BRANDSLEY PLACE,
DULUTH, GA 30097

POWWR
75 Glen Road, Suite 200
Sandy Hook, CT 06482

Jimmy Chiles
7028 HUNTERS GLEN ROAD
DALLAS, TX 75225

Ed Chao
5808 Woodwind Dr.
Plano, TX 75093

Azure Microsoft
555 California, Suite 200
San Francisco, CA 94104

W&E Crofford Irrevocable Trust For
Jonathan Crofford
1424 Summit Ave., Suite 61
Fort Worth, TX. 76102

Adelle Crofford
1424 Summit Ave., Suite 61
Fort Worth, TX 76102

Yum Yum Video SRL
Mendoza 2654
Buenos Aires CP 1428

Claire Crofford
1424 Summit Ave., Suite 61
Fort Worth, TX. 76102

Sammuel Crofford
1424 Summit Ave., Suite 61
Fort Worth, TX 76102

Znalytics
4550 North Point Parkway, Suite 180
Alpharetta, GA 30022

Mark Baron Terry
293 Oak Valley Dr.,
Longview, TX 75605

DAVID WADE DOLLIHITE
2314 N. RIVER HILLS ROAD
AUSTIN, TX 78733

Twilio, Inc.
375 Beale Street, Suite 300
San Francisco, CA 94105

ISAAC TOBIN SAROSI
4521 ASHFORD DRIVE
DALLAS, TX 75214

MAXWELL RYAN SCHADT
11407 ROYALSHIRE DRIVE
DALLAS, TX 75230

Omega Transaction Corp.
5858 Westheimer Rd. Suite 712
Houston, TX 77057

ANNA REBECCA MCGUIRE
3448 PURDUE AVE
DALLAS, TX 75225

ERIN ELIZABETH MCGUIRE
3448 PURDUE AVE
DALLAS, TX 75225

Tridius Technologies LLC
6101 Long Prairie Road, Suite 744-230
Flower Mound, TX 75028


Authorize.Net
808 E Utah Valley Dr.
American Fork, UT 84003-9707


Dallas County Utility & Recl. District
c/o EBONEY COBB
500 E. Border Street, Suite 640
Arlington, TX 76010


Vonnage
23 Main Street,
Holmdel, NJ 07733


MetroFax
13400 NE 20th Street, Suite 49
Bellevue, WA 98005